# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1799

_____

Steven E. Rousseau,

      Appellant,

v.

Goodwill/Easterseals,

      Appellee.

\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.

\*   [UNPUBLISHED]

_____

Submitted: September 2, 2005
Filed: September 22, 2005

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Steven Rousseau appeals the grant of defendant's motion to dismiss in his race-discrimination action. The district court[1] concluded that Rousseau's complaint was barred by res judicata. Upon careful review of the record, we agree, for the reasons explained by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1] The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.